Elizabeth Hubbell, as Administratrix, etc., Appellant, v. Pioneer Paper Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg and Lyon, JJ., who dissented.

In the Matter of the Claim of Gustav Heitz, Respondent, for Compensation under the Workmen's Compensation Law, v. Jacob Ruppert, Employer, and Brewers' Mutual Indemnity Insurance Company, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Lyon, J., who dissented.

Frank M. Tracy, Respondent, v. Allen T. Stone, Appellant.— Judgment unanimously affirmed, with costs.

The First Congregational Church of Schenectady, New York, Appellant, v. William P. Faust and Others, Respondents.— Judgment unanimously affirmed, with costs.

L. & B. Waller & Potters, Inc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Alice K. Bridges, Appellant, v. S. S. Kresge Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Henry Colozz, Appellant, v. Joseph Gritzbach, Respondent.— Judgment and order unanimously affirmed, with costs.

George H. Schusler, Respondent, v. Kertscher & Company, Appellant. — Judgment and order unanimously affirmed, with costs.

In the Matter of the Claim of Augustus Albert Stevens, Respondent, for Compensation under the Workmen's Compensation Law, v. Lehigh Valley Railroad Company, Employer, Appellant.— Award affirmed upon the authority of *Matter of Winfield* v. *N. Y. C. & H. R. R. R. Co.* (168 App. Div. 351). All concurred, except Smith, P. J., who dissented. Kellogg, J., not sitting.

In the Matter of the Claim of Richard Shea, Respondent, for Compensation under the Workmen's Compensation Law, v. Lehigh Valley Railroad Company, Employer, Appellant.— Award affirmed upon the authority of *Matter of Winfield* v. *N. Y. C. & H. R. R. R. Co.* (168 App. Div. 351). All concurred, except Smith, P. J., who dissented. Kellogg, J., not sitting.

In the Matter of the Claim of John Hall, Respondent, for Compensation under the Workmen's Compensation Law, v. Lehigh Valley Railroad Company, Employer, Appellant.— Award affirmed upon the authority of *Matter of Winfield* v. *N. Y. C. & H. R. R. R. Co.* (168 App. Div. 351). All concurred, except Smith, P. J., who dissented. Kellogg, J., not sitting.